UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 13, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LO THAO, )<br>)<br>Defendant. ) | Case No. CR S-07-0266 FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LO THAO , Case No.  CR S-07-0266 FCD , Charge __ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

X   Bail Posted in the Sum of $ _400,000°°_ _Unsecured Bond_

  X   Unsecured Appearance Bond _Unsecured to be replaced by a Secured bond within ten days of the date of this order._

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

X   (Other) _Pretrial Services Supervision of Conditions of Release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  _July 13, 2007_ at  _1:00_  _pm_ .

By _____
Dale A. Drozd
United States Magistrate Judge