WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900

Attorney for Lo Thao

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>LO THAO,  )<br>  )<br>         Defendant.  )<br>_____ ) | CASE NO.  CR-S-07-266 FCD<br><br>**STIPULATION AND ORDER<br>RE: CONDITIONS OF<br>PRE-TRIAL RELEASE** |

     With the Court's permission, defendant Lo Thao and the United States of America, by and through their undersigned attorneys, hereby stipulate and agree that

     **1. Defendant Lo Thao's conditions of pre-trial release be modified so as to allow the defendant to take his grandchildren to and from school.**

     This modification is necessary due to the ongoing health issues concerning Lo Thao's daughter-in-law, with whom he resides. It is anticipated that this grandfatherly errand will require less than one hour each time.

     **2. Defendant Lo Thao is authorized to attend and participate in his daughter's wedding to be held in Sacramento at his son's home**.

     Lo Thao's son, Yang Te Thao, resides at 8337 Delicato Way, Sacramento, CA 95829, (916) 712-3554. The wedding, to be held December 8 and 9, 2007, is a traditional event.

1   The wedding kingship will begin on December 8, 2007 at noon and continues in various
2   stages over the course of two days. The first day involves a meeting of the families.
3   During this process, an agreement between two clans will be reached and it is a highly
4   significant event for most Hmong men and women. On the following day, the groom's parents
5   prepare a feast for the wedding participants, and gifts are exchanged. It is agreed that Lo Thao is
6   authorized to attend both days of the wedding ceremony, from 6:00 a.m. to 10:00 p.m.
7   Pre-Trial services officer Sandra Hall is aware of and has no objection to these
8   modifications.
9   Accordingly, it is hereby requested that Lo Thao be allowed to take his grandchildren to
10  and from their elementary school, and to attend both days of his daughter's wedding, December 8
11  and 9, 2007.

12  **SO STIPULATED.**

14  DATED:   December 4, 2007         /s/ William J. Portanova
                                       WILLIAM J. PORTANOVA
15                                     Attorney for Lo Thao

17  DATED:   December 4, 2007         /s/ Robert M. Twiss by WJP
                                       ROBERT M. TWISS
18                                     Assistant U.S. Attorney

20  **IT IS SO ORDERED.**
21  DATED: December 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

27  Ddad1/orders.criminal/thao0266.stipord(3)