WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax: (916) 444-7998
portanova@thelawoffices.com

Attorney for Defendant LO THAO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LO THAO,<br><br>　　　　　Defendant.<br>_____ | CASE NO.   CR-S-07-266 FCD<br><br>**STIPULATION AND ORDER RE: CONDITIONS OF PRE-TRIAL RELEASE** |

　　　　With the Court's permission, defendant Lo Thao and the United States of America, by and through their undersigned attorneys, hereby stipulate and agree that,

　　　　1. The defendant shall be allowed to leave his residence for four hours at a time between the hours of 6:00 a.m. and 9:00 p.m.  This adjustment in his conditions of pre-trial release is necessitated by the need for him to assist in the household obligations.

　　　　2. This curfew shall be subject to the complete control and approval of Pretrial Services at all times. The curfew may be revoked or modified at any time by the Pretrial Services Agency.

　　　　3.  The defendant shall be allowed to spend occasional nights at his son's home, with the permission of the Pre-Trial Services Agency.  His son Yang Thao's address is 8337 Delicato Way, Sacramento, CA 95829.

/////

1    Pre-Trial Services Officer Sandra Hall has no objections to these modifications of LO
2 THAO's conditions of pre-trial release.
3    This adjustment to LO THAO's conditions of release is necessitated by family
4 circumstances. Specifically, 68 year old LO THAO and his wife are living with their son Ying
5 Thao and his wife Khoa and their small children. LO THAO's son Ying works during the day
6 and Ying's wife Khoa is undergoing treatments for nasal cancer. LO THAO has been previously
7 allowed to take the children to and from school. The purpose of this latest change is to allow LO
8 THAO to perform additional services in support of his family.
9    All prior orders of the court regarding the defendant's pretrial release shall remain in full
10 force and effect.

12   **SO STIPULATED.**

14 DATED:   January 30, 2008          /s/ William J. Portanova
                                      WILLIAM J. PORTANOVA
15                                    Attorney for Lo Thao

17 DATED:   January 30, 2008          /s/ Robert M. Twiss
                                      ROBERT M. TWISS
18                                    Assistant U.S. Attorney

20   **IT IS SO ORDERED.**
21 DATED: January 30, 2008.

                                      _____
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

27 Ddad1/orders.criminal/thao0266.stipord(9)