WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax: (916) 444-7998
portanova@thelawoffices.com

Attorney for Defendant LO THAO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>LO THAO,<br><br>                    Defendant. | CASE NO.   CR-S-07-266 FCD<br><br>**STIPULATION AND ORDER RE: CONDITIONS OF PRE-TRIAL RELEASE** |

With the Court's permission, defendant Lo Thao and the United States of America, by and through their undersigned attorneys, hereby stipulate and agree that

**1. Defendant Lo Thao will be allowed to attend the funeral ceremonies of his father-in-law, Chong Neng Xiong, who resided at 923 N. Rinaldi Street, Visalia, CA 93291.** The funeral ceremonies will be conducted over the course of several days.  Some of the ceremonies will take place at the home of the deceased.  These significant Hmong religious rituals must take place in the days prior to the burial services, which will be Tuesday, February 19 at the Dillar Funeral Chapel (559) 635-1144, located at 127 E Caldwell Avenue, Visalia, CA 93277.

/////

/////

1    The traditional funeral ceremonies include religious events and rituals demonstrating
2 support for the family and the deceased. These ceremonies will begin Friday, February 15.
3 Defendant Lo Thao will be allowed to travel to Visalia on the evening of February 14.
4    During this period, the defendant will be staying with his brother in law, Vang Cha Xiong
5 at his home, 31223 Rd 132, Visalia, CA 93292.  Pre-Trial Services Officer Sandra Hall has no
6 objections to these modifications of Lo Thao's conditions of pre-trial release.
7    All prior orders of the court regarding the defendant's pretrial release shall remain in full
8 force and effect.

**SO STIPULATED.**

DATED:   February 12, 2008        /s/ William J. Portanova
                                                      WILLIAM J. PORTANOVA
                                                      Attorney for Lo Thao

DATED:   February 12, 2008        /s/ Robert M. Twiss by WJP
                                                      ROBERT M. TWISS
                                                      Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: February 13, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord(10)