WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
portanova@thelawoffices.com

Attorney for Defendant LO THAO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   CR-S-07-266 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE: CONDITIONS OF PRE-TRIAL RELEASE |
| LO THAO, | |
| Defendant. | |

With the Court's permission, defendant Lo Thao and the United States of America, by and through their undersigned attorneys, hereby stipulate and agree that the special conditions of pretrial release for Lo Thao in the court's July 12, 2007 order be amended as follows:

1. Special conditions numbers 6 and 7 be deleted.
2. Special condition number 3 is amended to read: You are to reside at a location approved by the pretrial services officer.  You are allowed to travel to and from your son's homes, Ying and Yang, in Sacramento and Yuba City, and you are further allowed to conduct all activities necessary to care for your grandchildren, including, but not limited to, taking them to and from school and other social activities, appointments, and to generally care for their needs.

1    You are further allowed to perform duties in support of both sons' households,
2    including shopping and running errands. You may spend the night at either son's
3    home. Any other travel requires prior approval from pretrial services.

4  U.S. Pretrial Services Officer Sandra Hall concurs in these requests.

5  All prior orders of the court regarding the defendant's pretrial release shall remain in full
6  force and effect.

7  **SO STIPULATED.**

8  DATED:  May 5, 2008                         /s/ William J. Portanova
                                               WILLIAM J. PORTANOVA
9                                              Attorney for Lo Thao

10

11 DATED:  May 5, 2008                         /s/ Robert M. Twiss by WJP
                                               ROBERT M. TWISS
12                                             Assistant U.S. Attorney

13

14 **IT IS SO ORDERED.**

15 DATED: May 6, 2008.

16

17                                     _____
                                       DALE A. DROZD
18                                     UNITED STATES MAGISTRATE JUDGE

19

20

21 Ddad1/orders.criminal/thao0266.stipord(11)

- 2 -