WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
portanova@thelawoffices.com

Attorney for Defendant LO THAO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CR-S-07-266 FCD |
| Plaintiff, ) | |
| v.  ) | **STIPULATION AND ORDER RE: CONDITIONS OF PRE-TRIAL RELEASE** |
| LO THAO, ) | |
| Defendant. ) | |

With the Court's permission, defendant Lo Thao and the United States of America, by and through their undersigned attorneys, hereby stipulate and agree that

**1. Defendant Lo Thao will be allowed to travel to Lincoln and Summer, Arkansas from October 14, 2008 to October 22, 2008, for the purpose of attending certain religious ceremonies.** During this period, the defendant will be staying with his brother, Wa Chong Thao at his home, 10782 Elms Road, Summer, Arkansas 72769.  Wa Chong Thao's telephone numbers are (479) 824-2287 (home) and (479) 225-3546 (cell).

The ceremonies will take place in Lincoln, Arkansas and will be attended by relatives of the defendant.  Pre-Trial Services Officer Sandra Hall has no objections to these modifications of Lo Thao's conditions of pre-trial release.

All prior orders of the court regarding the defendant's pretrial release shall remain in full force and effect.

**SO STIPULATED.**

DATED:   October 8, 2008                     /s/ William J. Portanova
                                             WILLIAM J. PORTANOVA
                                             Attorney for Lo Thao


DATED:   October 8, 2008                     /s/ Robert M. Twiss, by WJP
                                             ROBERT M. TWISS
                                             Assistant U.S. Attorney


**IT IS SO ORDERED.**

DATED: October 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord(13)

- 2 -