WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
portanova@thelawoffices.com

Attorney for Defendant LO THAO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LO THAO,<br><br>　　　　　Defendant. | CASE NO.  CR-S-07-266 FCD<br><br>**STIPULATION AND ORDER RE CONDITIONS OF PRE-TRIAL RELEASE** |

　　　　With the Court's permission, defendant Lo Thao and the United States of America, by and through their undersigned attorneys, hereby stipulate and agree that

　　　　**1. Defendant Lo Thao will be allowed to travel to Fresno and Visalia from December 27, 2008 through January 3, 2009 for the purposes of attending Hmong New Year ceremonies and spending time with his younger brother who has serious health issues.** The Hmong New Year is a cultural event that occurs at the end of the traditional harvest season. Its purpose is to thank one's ancestors and to create a new beginning.

　　　　The defendant will be staying with Chang Yang, 619 N. Thesta Street, Fresno, CA 93701, (559) 268-2328; with Wa Cha Xiong, 31223 Road 132, Visalia, CA, 93292, (559) 799-8927; and with Shoua Thao, 1126 N. Mooney Blvd., Visalia, CA 93291, (559) 334-8929.

1    Pre-Trial Services Officer Sandra Hall has no objections to these modifications of Lo
2 Thao's conditions of pre-trial release.
3    All prior orders of the court regarding the defendant's pretrial release shall remain in full
4 force and effect.

**SO STIPULATED.**

DATED:   December 18, 2008        /s/ William J. Portanova
                                  WILLIAM J. PORTANOVA
                                  Attorney for Lo Thao


DATED:   December 18, 2008        /s/ Robert M. Twiss, by WJP
                                  ROBERT M. TWISS
                                  Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: December 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord(14)

- 2 -