MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LO CHA THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-266 FCD |
| )  Plaintiff, ) | **STIPULATION TO MODIFY DATE FOR FILING OF DEFENDANT LO CHA THAO PRE TRIAL MOTIONS; ORDER** |
| v. ) | |
| ) | |
| HARRISON JACK ET AL. ) | |
| ) | |
| Defendants. ) | |

_____

Lo Thao, through his counsel, and the United States, through its counsel, stipulate and request that the Court modify the current schedule for the filing of Defendant Lo Cha Thao's dispositive motions as follows:

Defendants' dispositive motions due:       May 24, 2010
Government's response due:                 July 16, 2010
Defendants' replies due:                   August 20, 2010

STIP TO MODIFY DATE TO FILE DEFENSE MOTIONS

1   This revised schedule will permit this defendant to have
2 an additional weekend to file dispositive motions (the
3 previous deadline was May 21, 2010).  Pursuant to the
4 agreement at the hearing on March 15, 2010, Defendants will
5 not object if the government requests additional time to file
6 its responsive briefs.
7 IT IS SO STIPULATED.
8 Dated:   May 21, 2010              Respectfully submitted,

By:        /s/Mark J. Reichel
           MARK J. REICHEL
           Attorney for Defendant
           LO CHA THAO

Dated:   May 21, 2010

By:        /s/Robert Tice-Raskin

           ROBERT TICE-RASKIN
           Assistant U.S. Attorney

**ORDER**

Having reviewed the stipulation set forth above,

IT IS SO ORDERED.

Dated:   May 21, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIP TO MODIFY DATE TO FILE DEFENSE MOTIONS                1