1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone:  (916) 444-7900

4  Attorney for Lo Thao

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )    **CASE NO.   CR. S-07-0266 FCD**
                                       )
12           Plaintiff,                )    EX PARTE REQUEST FOR EXTENSION
                                       )    OF TIME TO FILE REPLY TO
13                                     )    GOVERNMENT'S RESPONSE TO
        v.                             )    MOTION TO COMPEL ELECTION
14                                     )    BETWEEN MULTIPLICITOUS
   LO THAO,                            )    COUNTS; **ORDER**
15                                     )
                                       )
16           Defendant.                )
   _____     )

       With the Court's permission, William J. Portanova, attorney for defendant Lo Thao, hereby requests additional time within which to file his reply to the government's response to defendant's motion to compel election between multiplicitous counts.  The defendant's reply to the government's response was due on September 10, 2010.  Hearing on the motion is set for October 15, 2010.  It is respectfully requested that the reply brief be allowed to be filed by September 17, 2010.  Assistant United States Attorney has no objection to this request.


DATED: September 13, 2010              /s/ William J. Portanova
                                       WILLIAM J. PORTANOVA

**IT IS SO ORDERED**.

DATED: September 14, 2010

                                       _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE