MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LO CHA THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>HARRISON JACK ET AL.<br><br>          Defendants. | NO. CR. S-07-266 FCD<br><br>**STIPULATION AND ORDER TO MODIFY DATE FOR FILING OF DEFENSE STATUS REPORT RE ITEMS TO BE SUPPRESSED**<br><br>DATE: December 29, 2010 |

_____

Defense counsel for Lo Cha Thao is unavailable and out of the Sacramento area and has been on a family medical emergency which arose Thursday, December 9, 2010.  Defense counsel will not be in Sacramento or available to access the materials and files to complete the request until December 29, 2010.

Therefore, defendant Lo Cha Thao through his counsel, and the United States, through its counsel, stipulate that

Stip to change date for filing suppression report

the Court modify the current schedule for the filing of Defendant Lo Cha Thao's Status on items to be suppressed and allow same to be filed on or before December 29, 2010.

Dated: December 15, 2010

                         By:      /s/ Mark J. Reichel
                                    Attorney for Defendant
                                    LO CHA THAO

Dated:   December 15, 2010

                         By:      /s/Robert Tice-Raskin

                                    ROBERT TICE-RASKIN
                                    Assistant U.S. Attorney

**ORDER**

Having reviewed the stipulation set forth above,

IT IS SO ORDERED.

Dated: December 17, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip to change date for filing suppression report     2