WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
portanova@thelawoffices.com

Attorney for Defendant LO THAO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LO THAO,<br><br>　　　　　Defendant. | **CASE NO.   CR-S-07-266 FCD**<br><br>**MOTION TO EXONERATE BOND; REQUEST FOR RECONVEYANCE AND ORDER** |

　　　The above-captioned matter having been dismissed, bail is hereby exonerated and the Deed of Trust made July 19, 2007 relative to 8337 Delicato Way, Sacramento, CA 95829, Yang Thao, Trustor, is to be reconveyed.

DATED: January 21, 2011

　　　　　　　　　　　　　　　　　　　　　　　/s/ William J. Portanova
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM J. PORTANOVA
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Lo Thao

**IT IS SO ORDERED.**

DATED: January 21, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE