WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
portanova@thelawoffices.com

Attorney for Defendant LO THAO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   CR. S-07-266 FCD |
| Plaintiff, | |
| v. | **ORDER FOR RETURN OF DEFENDANT'S PERSONAL PROPERTY** |
| LO THAO, | |
| Defendant. | |

The above-captioned matter having been dismissed and bail having been exonerated, the personal property of defendant Lo Thao, including his U.S. Passport, is to be returned to the defendant forthwith.

DATED: February 2, 2011.

                                        /s/ William J. Portanova
                                        WILLIAM J. PORTANOVA
                                        Attorney for Lo Thao

**IT IS SO ORDERED.**

DATED: February 2, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE